**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

January 7, 2015

Hon. Henry Garza
District Attorney
P. O. Box 540
Belton, TX 76513

Hon. John Kuchera
Attorney at Law
210 N. 6th Street
Waco, TX 76701
* DELIVERED VIA E-MAIL *

Hon. Bob Odom
Assistant District Attorney
P. O. Box 540
Belton, TX 76513

Re:     Cause No. 13-13-00616-CR
Tr.Ct.No. 68115
Style:     Michael Fitzgerald Reese v. The State of Texas

    Appellant's motion to withdraw attorney (Hon. John Kuchera) in the above cause was this day DENIED by this Court.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch